| | | | |
|---|---|---|---|
| **Donna M Jackson**/WAWD/09/USCOURTS<br>07/22/2009 03:46 PM | To | "Lisa Borkowski" <LBorkowski@pfglaw.com> | |
| | cc | | |
| | bcc | | |
| | Subject | Re: New Civil Complaint | |

Your case number is: C09-1040JLR.   Filing fee is $350.   Please note, it will take 24-48 hours before your case is opened in cm/ecf.   If you should have questions, please call (206) 370-8400.   Thx!

~Donna Jackson
"Lisa Borkowski" <LBorkowski@pfglaw.com>



| | | | |
|---|---|---|---|
| **"Lisa Borkowski"** <LBorkowski@pfglaw.com><br>07/22/2009 03:07 PM | To | <newcases.seattle@wawd.uscourts.gov> | |
| | cc | "John Parsons" <jparsons@pfglaw.com>, "Seth Row" <Srow@pfglaw.com> | |
| | Subject | New Civil Complaint | |

Attached please find a (1) Civil Cover Sheet; and (2) Complaint, both in pdf.  Please call me at (503) 222-1812 for credit card information (for the filing fee).  Thank you for your assistance.

Lisa Borkowski
Legal Assistant
Parsons Farnell & Grein, LLP
1030 SW Morrison Street
Portland, OR 97205
(503) 222-1812

CONFIDENTIALITY NOTICE:  This message and any attachments to it are intended for use only by the addressee(s), and may contain privileged or confidential information.  If you are not the intended recipient, you are not authorized to read, print, copy or disseminate this message or any attachments to it, or to take any action based on them.  If you have received this message in error, please notify me immediately by telephone at (503) 222-1812, and permanently delete the original and any copy of this message.

**TAX ADVICE NOTICE** : IRS Circular 230 requires us to advise you that, if this communication or any attachment contains any tax advice, the advice is not intended to be used, and cannot be used, for the purpose of avoiding federal tax penalties or for promoting, marketing, or recommending to anyone else any tax-related matters addressed herein. A taxpayer may rely on professional advice to avoid federal tax penalties if and only if the advice is reflected in a comprehensive tax opinion that conforms to strict requirements. Please contact us if you have any questions about circular 230 or would like to discuss our preparation of an opinion that conforms to Circular 230 rules.

 

Civil Cover Sheet (final).pdf    0004a shr complaint WDWA (final).pdf