1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APPLIED FILTER TECHNOLOGY, INC., a Washington Corporation,<br><br>                Plaintiff,<br><br>   vs.<br><br>JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington Corporation,<br><br>                Defendants. | Case No. C09-1040JLR<br><br>**[PROPOSED] PRELIMINARY INJUNCTION** |

    Upon the reading and filing of the Plaintiff's Motion for Preliminary Injunction, supported by the declarations of Seth H. Row dated July 23, 2009 and Paul Tower, dated July 23, 2009, and the exhibits annexed thereto, it is hereby

    **ORDERED,** that during the pendency of this action, defendants Jeff Wetzel ("Wetzel") and Environmental Systems and Composites, Inc. ("ESC") their employees, agents, officers, directors, subsidiaries, affiliates, parents, and all other persons or entities within their control or supervision or acting in concert with them ("ESC Entities") are enjoined and restrained, from:

[PROPOSED] PRELIMINARY
INJUNCTION -1-
O:\9107001\0015 shr proposed temp injunction.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979

     a)    competing with AFT for work related to the Tucson, Arizona "Ina Road" project;

     b)    using AFT's proprietary and confidential information relating to customers and suppliers for the purpose of competing with AFT in obtaining work on future projects on which AFT is in good faith attempting to procure work;

     c)    using AFT's proprietary and confidential information relating to testing, product design, processes, designs, and techniques in advertisements, solicitations, discussions, or proposals to potential customers, suppliers, employees, agents, or the public;

     d)    that ESC return all of AFT's proprietary and confidential information and certify the destruction of all copies made of such information and of all information derived from such proprietary and confidential information.

Dated this _____ day of August, 2009.

_____
UNITED STATES DISTRICT JUDGE

Presented by: /s/ Seth H. Row
               Seth H. Row, WSBA #32905
               Of Attorneys for Plaintiff

[PROPOSED] PRELIMINARY
INJUNCTION -2-
O:\9107001\0015 shr proposed temp injunction.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979