UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APPLIED FILTER TECHNOLOGY, INC., a Washington Corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington Corporation,<br><br>    Defendants. | Case No. C09-1040JLR<br><br>**[PROPOSED] ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION AND TEMPORARY RESTRAINING ORDER AND PRESERVATION ORDER** |

Upon the reading and filing the declarations of Seth H. Row dated July 23, 2009 and Paul Tower, dated July 23, 2009, and the exhibits annexed thereto, and the Motions submitted by plaintiff Applied Filter Technology, Inc. ("AFT") herewith, it is hereby

**ORDERED,** that defendants Jeff Wetzel ("Wetzel") and Environmental Systems and Composites, Inc. ("ESC") show cause before this Court, at the United States Courthouse, Courtroom _____, 700 Stewart Street, Seattle, Washington, on August ___, 2009, at _____ a.m./p.m., or as soon thereafter as counsel may be heard, why a preliminary injunction should

[PROPOSED] ORDER TO SHOW CAUSE
AND TRO -1-
O:\9107001\0009 shr proposed order re tro.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979

not issue herein pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining and restraining, during the pendency of this action, ESC and Wetzel, their employees, agents, officers, directors, subsidiaries, affiliates, parents, and all other persons or entities within their control or supervision or acting in concert with them ("ESC Entities"), from:

    a)    competing with AFT for work related to the Tucson, Arizona "Ina Road" project;

    b)    using AFT's proprietary and confidential information relating to customers and suppliers for the purpose of competing with AFT in obtaining work on future projects on which AFT is in good faith attempting to procure work;

    c)    using AFT's proprietary and confidential information relating to testing, product design, processes, designs, and techniques in advertisements, solicitations, discussions, or proposals to potential customers, suppliers, employees, agents, or the public;

    d)    that ESC return all of AFT's proprietary and confidential information and certify the destruction of all copies made of such information and of all information derived from such proprietary and confidential information;

and the Court further

**FINDS**, that AFT has shown good cause for the issuance of a Temporary Restraining Order, for the following reasons: 1) there is a significant likelihood that AFT will succeed on the merits of its claims for breach of the non-disclosure agreement entered into by Wetzel, and its claims for violation of the Washington Uniform Trade Secrets Act; 2) AFT has shown that it is highly probable that it will suffer immediate and irreparable injury if ESC and Wetzel are not restrained; 3) the balance of hardships likely to result from granting of temporary injunctive

/ / /

/ / /

[PROPOSED] ORDER TO SHOW CAUSE AND TRO -2-
O:\9107001\0009 shr proposed order re tro.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979

1  relief favors AFT; 4) the public interest favors enforcement of AFT's contractual and statutory

2  rights; and therefore it is further

3      **ORDERED,** that pending the hearing on AFT's motion for a preliminary injunction, that

4  Wetzel and ESC, their employees, agents, officers, directors, subsidiaries, affiliates, parents, and

5  all other persons or entities within their control or supervision or acting in concert with them

6  ("ESC Entities"), be, and the same hereby are, TEMPORARILY RESTRAINED from:

7      a)    competing with AFT for work related to the Tucson, Arizona "Ina Road" project,

8  and ESC is ORDERED to communicate to the contracting agency/company that they are

9  withdrawing from such project;

10      b)    using AFT's proprietary and confidential information relating to customers and

11  suppliers for the purpose of competing with AFT in obtaining work on future projects on which

12  AFT is in good faith attempting to procure work;

13      c)    using AFT's proprietary and confidential information relating to testing, product

14  design, processes, designs, and techniques in advertisements, solicitations, discussions, or

15  proposals to potential customers, suppliers, employees, agents, or the public;

16      d)    accessing, destroying, altering, or copying, any electronically stored information

17  (ESI) contained within ESC or Wetzel's computer systems, including file servers, email servers,

18  webmail repositories, "cloud" storage, or home or personal systems, pending AFT's forensic

19  expert copying such information from AFT's systems, as provided below;

20  and it is further

21      **ORDERED** that AFT's request for preservation of electronically stored information

22  ("ESI") is granted. ESC and Wetzel shall permit AFT's forensic expert Paul French of Bridge

23  City Legal Consulting, within 48 hours of the time of this Order, to have access to, and make

24

[PROPOSED] ORDER TO SHOW CAUSE
AND TRO -3-
O:\9107001\0009 shr proposed order re tro.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979

1 "mirror image" copies of, all portable and non-portable media storing ESC or Wetzel's
2 electronically stored information (ESI), including but not limited to any portable hard drives
3 used by Wetzel to store information downloaded from AFT's computer systems and any email
4 files for accounts used by Wetzel.  ESC and Wetzel shall provide French with all passwords,
5 encryption keys, or access codes necessary to access such ESI.  French shall maintain strict
6 chain of custody control over such ESI.  The parties shall agree on search methods to identify
7 whether AFT confidential information exists on ESC's systems and whether such information
8 has been used or further disclosed, including through the use of email, and Mr. French shall then
9 disclose that information to both sides, for the purpose of presenting further evidence at the
10 preliminary injunction hearing; and it is further

11 **ORDERED** that AFT shall not be required to post a bond in order to put this Order into
12 effect; and it is further

13 **ORDERED,** that a copy of this Order to Show Cause and Temporary Restraining Order
14 and Preservation Order, together with copies of all papers on which it is based, be served on
15 James D. Sullivan, counsel for Wetzel and ESC on or before _____, 2009 by personal or
16 office service, and that such shall be deemed good and sufficient service thereof; and it is further

17 **ORDERED** that papers in opposition to AFT's motion for a preliminary injunction be
18 served by email upon Seth H. Row, Esq., attorneys for plaintiff, at srow@pfglaw.com, cc: to
19 lborkowski@pfglaw.com, by _____ a.m./p.m. on _____, 2009 and that any reply
20 / / /
21 / / /
22 / / /
23 / / /
24

[PROPOSED] ORDER TO SHOW CAUSE
AND TRO -4-
O:\9107001\0009 shr proposed order re tro.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979

papers in further support of AFT's motion be served by hand upon James D. Sullivan, counsel for ESC and Wetzel, by personal or office service, by ____ a.m./p.m. on _____, 2009.

Dated this ____ day of July, 2009.

Time: _____ a.m./p.m.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

Presented by: /s/ Seth H. Row

        Seth H. Row, WSBA #32905
        Of Attorneys for Plaintiff

[PROPOSED] ORDER TO SHOW CAUSE
AND TRO -5-
O:\9107001\0009 shr proposed order re tro.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979