UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| APPLIED FILTER TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFF WETZEL, et al., <br><br> Defendants. | CASE NO. C09-1040JLR <br><br> ORDER |

On July 24, 2009, Plaintiff Applied Filter Technology, Inc. ("AFT") filed an ex parte motion for an order to show cause regarding preliminary injunction and a temporary restraining order (Dkt. # 3). Having reviewed the motion, the complaint, and all other papers filed by AFT in this matter, the court hereby ORDERS as follows:

(1) The court directs AFT to serve or otherwise deliver copies of all papers filed in this matter to Defendants, as well as a copy of this order, by Friday, July 24, 2009, at 5:00 p.m. or otherwise undertake the showings required by Federal Rule of Civil Procedure 65(b)(1) for the issuance of an ex parte temporary restraining

ORDER - 1

1 | order. On the present record, AFT has not made the necessary showings under Rule 65(b)(1);

(2) Defendants may file a written response, if any, by Monday, July 27, 2009, at 5:00 p.m.; and

(3) The court will consider the motion on Tuesday, July 28, 2009. To the extent the court deems oral argument necessary, the court will schedule a hearing.

Dated this 24th day of July, 2009.

_____
JAMES L. ROBART
United States District Judge

ORDER - 2