UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APPLIED FILTER TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington corporation, <br><br> Defendants. | Case No. C09-1040JLR <br><br> **PLAINTIFF'S UNOPPOSED MOTION TO EXTEND BRIEFING DEADLINES ON APPLICATION FOR ORDER TO SHOW CAUSE** <br><br> Note on Motion Calendar: As Soon As Possible |

RELIEF REQUESTED

Plaintiff Applied Filter Technology, Inc. ("AFT"), together with defendants Jeff Wetzel ("Wetzel") and Environmental Systems and Composites, Inc. ("ESC"), by their counsel, requests that the court modify its Order dated July 24, 2009 (Dkt. #. 6) regarding plaintiff's Application for Order to Show Cause (Dkt. #3) as follows: extend the deadline for Defendants to file a written response, if any, from 5:00pm on Monday, July 27, 2009 to 5:00 pm on Friday, July 31, 2009; extend the date on which the court will consider the motion to Tuesday, August 4, 2009 (or, to the extent the court deems necessary, schedule a hearing).

MOTION TO EXTEND -1-
O:\9107001\0022 shr motion to extend.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979

BASIS FOR MOTION

On Friday, July 24, 2009, plaintiff sent to defendant Wetzel, through his attorney James Sullivan, all of the pleadings that had been filed in this matter, via email. Plaintiff also sent all of those pleadings via facsimile directly to defendant ESC. On Monday, July 27, 2009, Mr. Sullivan emailed counsel for plaintiff indicating that he was ill and requesting that plaintiff ask the court to extend the briefing deadlines. Also, on Monday July 27, 2009, plaintiff learned that the event that it had been told would occur by the end of July, 2009 (the "Ina Road" bid) would in fact not happen by that deadline. Therefore, counsel for plaintiff and Mr. Sullivan conferred and agreed to request an extension of the deadlines on plaintiff's motion for order to show cause as set forth above.

CONCLUSION

Based on the foregoing plaintiff respectfully requests that the Court modify its Order (Dkt. #6) as set forth above. Plaintiff will ensure that a copy of this Motion and any resulting Order are provided to Mr. Sullivan.

DATED this 27th day of July, 2009.

PARSONS FARNELL & GREIN, LLP

By: /s/ Seth H. Row

John D. Parsons, WSB #33230
Seth H. Row, WSB #32905
1030 SW Morrison Street
Portland, OR 97205
Telephone: (503) 222-1812
Facsimile: (503) 274-7979
E-mail: jparsons@pfglaw.com
E-mail: srow@pfglaw.com
Attorneys for Plaintiff

MOTION TO EXTEND -2-
O:\9107001\0022 shr motion to extend.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979