1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| APPLIED FILTER TECHNOLOGY, INC., | CASE NO. C09-1040JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| JEFF WETZEL, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On July 27, 2009, Plaintiff Applied Filter Technology, Inc. ("AFT") filed an unopposed motion (Dkt. # 8) to extend the briefing deadlines set by the court with respect to AFT's pending motion for temporary restraining order. AFT represents that Defendants Jeff Wetzel and Environmental Systems and Composites, Inc. agree that the briefing deadlines should be modified. (Mot. (Dkt. # 8) at 1.) Therefore, the court EXTENDS the deadlines and ORDERS as follows:

MINUTE ORDER - 1

(1) Defendants shall file a response or responses, if any, by Friday, July 31, 2009, at 5:00 p.m.;

(2) AFT shall file a reply, if any, by Monday, August 3, 2009, at 5:00 p.m.; and

(3) The court shall consider the motion for temporary restraining order (Dkt. # 3) on Tuesday, August 4, 2009. To the extent the court deems oral argument necessary, the court will schedule a hearing.

Filed and entered this 28th day of July, 2009.

                                    BRUCE RIFKIN, Clerk

                                    By   s/Mary Duett

                                    Deputy Clerk

MINUTE ORDER - 2