UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APPLIED FILTER TECHNOLOGY, INC., a Washington Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington Corporation,<br><br>Defendants. | Case No. C09-1040JLR<br><br>**SUPPLEMENTAL DECLARATION OF PAUL TOWER IN SUPPORT OF PLAINTIFF'S INJUNCTION MOTIONS** |

I, Paul Tower, declare that:

1. I am the owner of Applied Filter Technology, Inc., ("AFT") a Washington Corporation and the plaintiff in this case. I submit this declaration to supplement my prior declaration with certain new information relevant to plaintiff's Application for Order to Show Cause (Dkt. # 3).

///

SUPP. TOWER DEC. ISO INJUNCTION -1-
C:\Documents and Settings\pault\Local Settings\Temporary Internet Files\Content.Outlook\ESD6E867\0023 supp tower dec iso motion for tro (2).doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979

///

2. In my prior declaration I stated that the Tucson, Arizona project known as "Ina Road" project would go to bid at the end of July, 2009. Earlier this week I learned from the consulting engineer on that project that in fact that project would likely not go to bid until the end of August, 2009.

3. Subsequent to my prior declaration I learned that Mr. Wetzel had continued to contact one of AFT's chemical suppliers, via phone, including a conversation on Friday, July 24, 2009. In these conversations Mr. Wetzel pressured the supplier, repeatedly, to sell to Mr. Wetzel and ESC a proprietary (to the supplier) chemical compound that was formulated specifically to be used in one of AFT's proprietary processes, SulfrStrip, and the supplier sells to AFT under a license from the supplier to AFT. Mr. Wetzel also apparently pressured this supplier to terminate his exclusive license arrangement with AFT, and to divulge to Mr. Wetzel information on how to use the chemical in processing biogas, and other information that indicates that Mr. Wetzel intends to use the AFT proprietary process for ESC's purposes. These conversations included references by Mr. Wetzel to Ina Road.

4. Therefore, I continue to believe that if the Court does not grant immediate interim injunctive relief to AFT as requested in AFT's Application for Order to Show Cause (Dkt. #3), including a prohibition against Mr. Wetzel having discussions with AFT's suppliers premised on obtaining products for use in the SulfrStrip process, AFT will be immediately and irreparably harmed by damage to the goodwill with its suppliers and customers that AFT has worked so hard to build.

5. As I stated in my prior declaration, one of AFT's most valuable assets is the goodwill that it has generated by providing unique, proprietary, and superior processes for

SUPP. TOWER DEC. ISO INJUNCTION -2-
C:\Documents and Settings\pault\Local Settings\Temporary Internet Files\Content.Outlook\ESD6E867\0023 supp tower dec iso motion for tro (2).doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979

filtration of biogas. If Mr. Wetzel is permitted to continue to use AFT's proprietary processes in discussions with customers, or suppliers such as the exclusive supplier that Mr. Wetzel has been contacting, that will undermine the goodwill developed by AFT based on the uniqueness, and confidentiality, of its products, processes and relationships.

**I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.**

DATED this 30 day of July, 2009.

_____
Paul Tower

SUPP. TOWER DEC. ISO INJUNCTION -3-
C:\Documents and Settings\pault\Local Settings\Temporary Internet Files\Content.Outlook\ESD6E867\0023 supp tower dec iso motion for tro (2).doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979