1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

7
8

APPLIED FILTER TECHNOLOGY, INC.,

9                               Plaintiff,

Case No. C09-1040JLR

**PLAINTIFF'S NOTICE TO WITHDRAW ITS MOTION FOR PRELIMINARY INJUNCTION**

10      vs.

11

JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington corporation,

12
13
14

                    Defendants.

15

16        Plaintiff Applied Filter Technology, Inc. hereby respectfully withdraws its motion for

17  preliminary injunction (Dkt. #2).

18  DATED this 11th day of August, 2009.

19                      PARSONS FARNELL & GREIN, LLP

20                      By: /s/ Seth H. Row
                              John D. Parsons, WSB #33230

21                           Seth H. Row, WSB #32905
                           1030 SW Morrison Street

22                         Portland, OR 97205
                           Telephone: (503) 222-1812 / Fax: (503) 274-7979

23                         E-mail: jparsons@pfglaw.com
                           E-mail: srow@pfglaw.com

24                         Attorneys for Plaintiff

NOTICE TO WITHDRAW MOTION -1-
O:\9107001\0026 shr notice to withdraw motion for prel inj.doc