UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

APPLIED FILTER TECHNOLOGY, INC., a Washington Corporation,

    Plaintiff,

vs.

JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington corporation,

    Defendants.

Case No. C09-1040JLR

**WAIVER OF THE SERVICE OF SUMMONS**

To:    John D. Parsons, Seth H. Row, Parsons Farnell & Grein, LLP:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

WAIVER OF SERVICE - ESC -1-
O:\9107001\0019 shr waiver of service - ESC.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979

1     I understand that I, or the entity I represent, will keep all defenses or objections to the

2 lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to

3 the absence of a summons or of service.

4     I also understand that I, or the entity I represent, must file and serve an answer or a

5 motion under Rule 12 within 60 days from July 31, 2009, the date when this request was sent (or

6 90 days if it was sent outside the United States). If I fail to do so, a default judgment will be

7 entered against me or the entity I represent.

8 Date: 8/13/09

ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC.

By: *Lowell E Howard*
Its: LOWELL E HOWARD
Address: 15249 NE 90th ST
REDMOND, WA 98052
Telephone: 425 497 8111
Facsimile: 425 881 3378
E-mail: esccorp4@msn.com

WAIVER OF SERVICE - ESC -2-
O:\9107001\0019 shr waiver of service - ESC.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979

**Duty to Avoid Unnecessary Expenses of Service a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause of the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If the waiver is signed and returned, you can still make these and all other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

WAIVER OF SERVICE - ESC -3-
O:\9107001\0019 shr waiver of service - ESC.doc

Parsons Farnell & Grein, LLP
Attorneys at Law
1030 SW Morrison Street, Portland, OR 97205
Telephone: (503) 222-1812 / Fax: (503) 274-7979