```
        FILED          ENTERED
        LODGED         RECEIVED

          AUG 28 2009

         AT SEATTLE
     CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
    BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

APPLIED FILTER TECHNOLOGY, INC., )
                                 )   Case No. C09-1040JLR
        Plaintiff,                )
                                 )   STIPULATION REGARDING
  v.                             )   SERVICE OF PROCESS ON
                                 )   DEFENDANT JEFF WETZEL
JEFF WETZEL, individually, and the marital )   AND ANSWER DEADLINE
community of JEFF WETZEL and JANE )
DOE WETZEL; ENVIRONMENTAL        )
SYSTEMS AND COMPOSITES, INC., a  )
Washington corporation,          )
                                 )
        Defendants.              )

Plaintiff Applied Filter Technology ("AFT") and Jeff Wetzel ("Wetzel") hereby stipulate and agree that service of the Summons and Complaint upon Wetzel pursuant to the Federal Rules of Civil Procedure is hereby waived by Wetzel by and through his undersigned attorney. Wetzel waives all defenses based on lack of or defects in service of the Summons and Complaint under Federal Rule of Civil Procedure 4, but does not waive any objections to subject matter

///
///
///
///

09-CV-01040-ORD

Page  1 - STIPULATION RE: SERVICE OF PROCESS ON
           DEFENDANT WETZEL AND ANSWER DEADLINE
O:\9107001\0028 shr stipulation re service of process on wetzel and answer deadline.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 · FAX (503) 274-7979

1  jurisdiction, personal jurisdiction, or venue. The parties stipulate that Wetzel's response to the

2  Complaint will be due by September 29, 2009.

3

Parsons Farnell & Grein, LLP                    Sebris Busto James

4

5  By: /s/ Seth H. Row                          By: /s/ Jillian Barron
    Seth H. Row, WSB #32905                      Jillian Barron, WSB #17964
6  Attorneys for Plaintiffs                        Attorneys for Defendants
    Dated: August 24, 2009                       Dated: August 25, 2009

7

8

9

10

11

12

13       IT IS SO ORDERED.

14       Dated this 28th day of August, 2009

15

16

17                                              /s/ James L. Robart
                                      JAMES L. ROBART
                                      United States District Judge

18

19

20

21

22

23

24

25

26
Page  2 - STIPULATION RE: SERVICE OF PROCESS ON
      DEFENDANT WETZEL AND ANSWER DEADLINE
      O:\910700\0028 shr stipulation re service of process on wetzel and answer deadline.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 • FAX: (503) 274-7979