The Honorable James L. Robart

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE**

| | |
|---|---|
| APPLIED FILTER TECHNOLOGY, INC.,<br><br>    Plaintiff,<br><br>  vs.<br><br>JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington corporation,<br><br>    Defendant.<br><br>JEFFREY WETZEL and ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC.,<br><br>    Counter-Plaintiffs,<br>  vs.<br><br>APPLIED FILTER TECHNOLOGY, INC.,<br><br>    Counter-Defendant. | Case No. C09-1040JLR<br><br>CORPORATE DISCLOSURE STATEMENT |

Defendant Environmental Systems and Composites, Inc. ("ESC") is a non-governmental corporate party. Pursuant to FRCP 7.1, ESC hereby discloses: (1) that it has no parent corporation; and (2) that there is no publicly held corporation that owns 10% or more of ESC's stock.

//

CORPORATE DISCLOSURE STATEMENT - 1

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005-

1    DATED this 2nd day of October, 2009.

2

3                                        SEBRIS BUSTO JAMES

4                                        /s/ Jillian Barron
                                         Jillian Barron, WSBA #17964
5                                        14205 SE 36th Street, Suite 325
                                         Bellevue, Washington  98006
6                                        Attorneys for Defendants Wetzel and ESC
7                                        jbarron@sebrisbusto.com

CORPORATE DISCLOSURE STATEMENT - 2

**CERTIFICATE OF SERVICE**

I, Jillian Barron, certify under penalty of perjury under the laws of the United States that, on October 2, 2009 I caused to be served the attached document to the parties listed below in the manner shown next to their names:

| | |
|---|---|
| John D. Parsons<br>Seth H. Row<br>Parsons Farnell & Grein, LLP<br>1030 SW Morrison Street<br>Portland, Oregon 97205<br>jparsons@pfglaw.com<br>srow@pfglaw.com<br>Attorneys for Plaintiff | ☐ Via First Class Mail<br>☐ By Fed Express<br>☐ Via Facsimile<br>☐ By Hand Delivery<br>☐ Via ABC Messenger<br>☒ **Via ECF** |

/s/ Jillian Barron
Jillian Barron

CORPORATE DISCLOSURE STATEMENT - 3

SEBRIS BUSTO JAMES
14205 S.E. 36th Street, Suite 325
Bellevue, Washington 98006
Tel: (425) 454-4233 – Fax:(425) 453-9005-