

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT 15 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APPLIED FILTER TECHNOLOGY, INC., <br><br> Plaintiff, <br><br> v. <br><br> JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington corporation, <br><br> Defendants. <br><br> JEFFREY WETZEL and ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., <br><br> Counter-Plaintiffs, <br><br> v. <br><br> APPLIED FILTER TECHNOLOGY, INC., <br><br> Counter-Defendant. | Case No. C09-1040JLR <br><br> ~~PROPOSED~~ ORDER RE: MOTION TO EXTEND PRETRIAL DEADLINES <br><br> 09-CV-01040-ORD |

Based upon the motion of the parties, the following dates are extended as follows:

1.  The parties' Rule 26(f) conference of counsel from October 6, 2009 to October 28, 2009;

///

PROPOSED ORDER RE MOTION TO EXTEND DEADLINES - 1

O:\9107001\0039 shr proposed order re motion to extend deadlines.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 • FAX: (503) 274-7979

1     2.     Initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) from October 20, 2009 to

2 November 12, 2009; and

3     3.     Combined Joint Status Report and Discovery Plan as Required by Fed R. Civ. P.

4 26(f) and Local Rule CR 16 from October 20, 2009 to November 12, 2009.

5     IT IS SO ORDERED.

6     DATED: October 15, 2009

                               The Honorable James L. Robart
7                                United States District Judge

8

9 Submitted by:
    Seth H. Row, WSB32905
10 Parsons Farnell & Grein, LLP
    Attorneys for Plaintiff
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

PROPOSED ORDER RE MOTION TO EXTEND DEADLINES - 2

O:\9107001\0039 shr proposed order re motion to extend deadlines.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 • FAX: (503) 274-7979