1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APPLIED FILTER TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington corporation,<br><br>Defendants.<br><br>JEFFREY WETZEL and ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC.,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>APPLIED FILTER TECHNOLOGY, INC.,<br><br>Counter-Defendant. | Case No. C09-1040JLR<br><br>UNOPPOSED MOTION TO EXTEND REPLY DEADLINE |

Plaintiff/Counter-Defendant Applied Filter Technology ("AFT") respectfully requests a one week extension of time, up through and including, November 27, 2009, in which to file a Reply to Defendants/Counter-Claimants' Response to AFT's Motion to Dismiss.

///

UNOPPOSED MOTION TO EXTEND REPLY DEADLINE - 1

O:\9107001\0049 shr unopposed motion to extend reply deadline.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone (503) 222-1812 • FAX: (503) 274-7979

1   Defendants/Counter-Claimants do not oppose this motion.

2

3   Dated: November 18, 2009                    PARSONS FARNELL & GREIN, LLP

4

5                                               By: /s/ Seth H. Row
                                                    John D. Parsons, WSB #33230
6                                                   Seth H. Row, WSB #32905
                                                    Attorneys for Plaintiffs/Counter-Defendant
7                                                   Applied Filter Technology, Inc.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNOPPOSED MOTION TO EXTEND REPLY DEADLINE - 2
O:\9107001\0049 shr unopposed motion to extend reply deadline.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 • FAX: (503) 274-7979

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing UNOPPOSED MOTION TO EXTEND REPLY DEADLINE was served on:

Jillian Barron
Sebris Busto James
14205 SE 36th Street, Suite 325
Bellevue, WA 98006
Fax: (425) 453-9005
E-mail: jbarron@sebrisbusto.com
Attorneys for Defendants/Counter-Plaintiffs
Jeff Wetzel and Environmental Systems and Composites, Inc.

by the following indicated method or methods:

\_\_\_\_\_ by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, to the last-known office address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

\_\_\_\_\_ by **faxing** a full, true and correct copy thereof, addressed to the attorney as shown above, to the facsimile number of the attorney on the date set forth below.

\_\_\_\_\_ by causing a full, true and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

\_\_\_\_\_ by sending a full, true and correct copy thereof via **overnight courier** in a sealed, prepaid envelope, addressed to the attorney as shown above, to the last-known office address of the attorney, on the date set forth below.

\_\_\_\_\_ by **transmitting with electronic mail** a full, true and correct copy thereof to the attorney at the e-mail address shown above, which is the last-known e-mail address for the attorney's office, on the date set forth below.

__X__ by the **court's ECF filing system**.

Dated this 18th day of November, 2009.

/s/ Seth H. Row
John D. Parsons, WSB #33230
Seth H. Row, WSB #32905
E-Mail: jparsons@pfglaw.com
E-Mail: srow@pfglaw.com
PARSONS FARNELL & GREIN, LLP
1030 SW Morrison Street
Portland, Oregon 97205
Telephone: (503) 222-1812
Fax: (503) 274-7979
Of Attorneys for Plaintiff and Counter-Defendant
Applied Filter Technology, Inc.

UNOPPOSED MOTION TO EXTEND REPLY DEADLINE - 3

O:\9107001\0049 shr unopposed motion to extend reply deadline.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 • FAX: (503) 274-7979