UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APPLIED FILTER TECHNOLOGY, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington corporation,<br><br>Defendants.<br><br>JEFFREY WETZEL and ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC.,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>APPLIED FILTER TECHNOLOGY, INC.,<br><br>Counter-Defendant. | Case No. C09-1040JLR<br><br>[PROPOSED] ORDER RE: UNOPPOSED MOTION TO EXTEND REPLY DEADLINE |

Based upon the unopposed motion to extend reply deadline of Plaintiff/Counter-Defendant Applied Filter Technology ("AFT"):

/ / /

/ / /

PROPOSED ORDER RE: UNOPPOSED MOTION TO EXTEND REPLY DEADLINE - 1
O:\9107001\0050 shr proposed order re unopposed motion to extend reply deadline.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 • FAX: (503) 274-7979

1.  AFT shall have up through and including, November 27, 2009, in which to file a Reply to Defendants/Counter-Claimants' Response to AFT's Motion to Dismiss.

IT IS SO ORDERED.

DATED:_____

_____
The Honorable James L. Robart
United States District Judge

Submitted by:
Seth H. Row, WSB #32905
Parsons Farnell & Grein, LLP
Attorneys for Plaintiff/Counter-Defendant
Applied Filter Technology, Inc.

PROPOSED ORDER RE: UNOPPOSED MOTION TO EXTEND REPLY DEADLINE - 2

O:\9107001\0050 shr proposed order re unopposed motion to extend reply deadline.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 • FAX: (503) 274-7979

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2          I hereby certify that the foregoing [PROPOSED] ORDER RE: UNOPPOSED MOTION TO EXTEND REPLY DEADLINE was served on:

3

Jillian Barron
4   Sebris Busto James
    14205 SE 36th Street, Suite 325
5   Bellevue, WA 98006
    Fax: (425) 453-9005
6   E-mail: jbarron@sebrisbusto.com
    Attorneys for Defendants/Counter-Plaintiffs
7   Jeff Wetzel and Environmental Systems and Composites, Inc.

8   by the following indicated method or methods:

9   \_\_\_\_\_    by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, to the last-known office
10           address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

11
     \_\_\_\_\_    by **faxing** a full, true and correct copy thereof, addressed to the attorney as shown
12           above, to the facsimile number of the attorney on the date set forth below.

13   \_\_\_\_\_    by causing a full, true and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.

14
     \_\_\_\_\_    by sending a full, true and correct copy thereof via **overnight courier** in a sealed,
15           prepaid envelope, addressed to the attorney as shown above, to the last-known office address of the attorney, on the date set forth below.

16
     \_\_\_\_\_    by **transmitting with electronic mail** a full, true and correct copy thereof to the
17           attorney at the e-mail address shown above, which is the last-known e-mail address for the attorney's office, on the date set forth below.

18
      _X_      by the **court's ECF filing system**.
19
            Dated this 18th day of November, 2009.
20
                                    /s/ Seth H. Row
21                                  John D. Parsons, WSB #33230
                                    Seth H. Row, WSB #32905
22                                  E-Mail: jparsons@pfglaw.com
                                    E-Mail: srow@pfglaw.com
23                                  PARSONS FARNELL & GREIN, LLP
                                    1030 SW Morrison Street
24                                  Portland, Oregon 97205
                                    Telephone: (503) 222-1812
25                                  Fax: (503) 274-7979
                                    Of Attorneys for Plaintiff and Counter-Defendant
26                                  Applied Filter Technology, Inc.

PROPOSED ORDER RE: UNOPPOSED MOTION TO EXTEND REPLY DEADLINE - 3

O:\9107001\0050 shr proposed order re unopposed motion to extend reply deadline.wpd