```
                              ___ FILED    ___ ENTERED
                              ___ LODGED   ___ RECEIVED

                                   NOV 27 2009
                                   AT SEATTLE
                              CLERK U.S. DISTRICT COURT
                              WESTERN DISTRICT OF WASHINGTON
                                                    DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| APPLIED FILTER TECHNOLOGY, INC., | Case No. C09-1040JLR |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER RE: UNOPPOSED MOTION TO EXTEND REPLY DEADLINE |
| JEFF WETZEL, individually, and the marital community of JEFF WETZEL and JANE DOE WETZEL; ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., a Washington corporation, | |
| Defendants. | |
| JEFFREY WETZEL and ENVIRONMENTAL SYSTEMS AND COMPOSITES, INC., | |
| Counter-Plaintiffs, | |
| v. | |
| APPLIED FILTER TECHNOLOGY, INC., | |
| Counter-Defendant. | |

Based upon the unopposed motion to extend reply deadline of Plaintiff/Counter-Defendant Applied Filter Technology ("AFT"):

///

///

PROPOSED ORDER RE: UNOPPOSED MOTION TO EXTEND REPLY DEADLINE - 1

O:\9107001\0050 shr proposed order re unopposed motion to extend reply deadline.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 • FAX: (503) 274-7979

1.   AFT shall have up through and including, November 27, 2009, in which to file a Reply to Defendants/Counter-Claimants' Response to AFT's Motion to Dismiss.

IT IS SO ORDERED.

DATED: November 26, 2009

_____
The Honorable James L. Robart
United States District Judge

Submitted by:
Seth H. Row, WSB #32905
Parsons Farnell & Grein, LLP
Attorneys for Plaintiff/Counter-Defendant
Applied Filter Technology, Inc.

PROPOSED ORDER RE: UNOPPOSED MOTION TO EXTEND REPLY DEADLINE - 2

O:\9107001\0050 shr proposed order re unopposed motion to extend reply deadline.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 • FAX: (503) 274-7979

| | |
|---|---|
| 1 | CERTIFICATE OF SERVICE |

2   I hereby certify that the foregoing [PROPOSED] ORDER RE: UNOPPOSED MOTION TO EXTEND REPLY DEADLINE was served on:

3

Jillian Barron
4   Sebris Busto James
14205 SE 36th Street, Suite 325
5   Bellevue, WA 98006
Fax: (425) 453-9005
6   E-mail: jbarron@sebrisbusto.com
Attorneys for Defendants/Counter-Plaintiffs
7   Jeff Wetzel and Environmental Systems and Composites, Inc.

8   by the following indicated method or methods:

9   \_\_\_\_  by **mailing** a full, true and correct copy thereof in a sealed, first-class postage-paid envelope, and addressed to the attorney as shown above, to the last-known office
10  address of the attorney, and deposited with the United States Postal Service at Portland, Oregon on the date set forth below.

11
   \_\_\_\_  by **faxing** a full, true and correct copy thereof, addressed to the attorney as shown
12  above, to the facsimile number of the attorney on the date set forth below.

13  \_\_\_\_  by causing a full, true and correct copy thereof to be **hand-delivered** to the attorney at the attorney's last-known office address listed above on the date set forth below.
14

   \_\_\_\_  by sending a full, true and correct copy thereof via **overnight courier** in a sealed,
15  prepaid envelope, addressed to the attorney as shown above, to the last-known office address of the attorney, on the date set forth below.
16

   \_\_\_\_  by **transmitting with electronic mail** a full, true and correct copy thereof to the
17  attorney at the e-mail address shown above, which is the last-known e-mail address for the attorney's office, on the date set forth below.
18
   __X__  by the **court's ECF filing system**.
19
   Dated this 18th day of November, 2009.
20

                                      /s/ Seth H. Row
21                                    John D. Parsons, WSB #33230
                                      Seth H. Row, WSB #32905
22                                    E-Mail: jparsons@pfglaw.com
                                      E-Mail: srow@pfglaw.com
23                                    PARSONS FARNELL & GREIN, LLP
                                      1030 SW Morrison Street
24                                    Portland, Oregon 97205
                                      Telephone: (503) 222-1812
25                                    Fax: (503) 274-7979
                                      Of Attorneys for Plaintiff and Counter-Defendant
26                                    Applied Filter Technology, Inc.

PROPOSED ORDER RE: UNOPPOSED MOTION TO EXTEND REPLY DEADLINE - 3

O:\910700I\0050 shr proposed order re unopposed motion to extend reply deadline.wpd

PARSONS FARNELL & GREIN, LLP
Attorneys at Law
1030 SW Morrison
Portland, Oregon 97205
Telephone: (503) 222-1812 • FAX: (503) 274-7979